

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00862-CR

Martin **SANDOVAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 340498
Honorable Scott Roberts, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment is MODIFIED to assess $612.00, rather than $1,112.00, in court costs. The judgment is AFFIRMED AS MODIFIED.

SIGNED April 23, 2014.

_____
Karen Angelini, Justice